# EXHIBIT "G"



**Homecoming
Friday, Sept. 12th**

Parade at 10:00 a.m.
**Downtown
Homecoming**
Festivities at 6:00 p.m.

**Eupora
vs
Ethel**
Game at 7:00 p.m.

Paid for by Eupora Mini Storage





**PRICE REDUCED!!!!**

Nice home in desirable area of walthall. Situated on over 2 acres, 3 br, 2.5 bath, new roof and central unit. **$49,000**

See what's available on Facebook: PALMER PROPERTIES



*Palmer Properties*
REALTOR / BROKER
KATHY RICO PALMER
**662-552-1559**

Volume 87 • Issue 37• September 10, 2014

# THE WEBSTER
# PROGRESS-TIMES

**75¢**

WWW.WEBSTERPROGRESSTIMES.COM




Sports inside

# County, Walthall approve courthouse land deal

By Russell Hood
The Webster Progress-Times

WALTHALL — County and Walthall leaders have agreed to terms for the purchase of land on which to build a new courthouse and the transfer of the existing courthouse square property to the village.

They did so Sept. 2, when the Webster County Board of Supervisors met with the Walthall Board of Aldermen and Mayor Belinda Stewart at the Walthall Village Hall. Chancery Clerk Russ Turner and Buchanan Meek Jr., attorney for the county board, also attended.

The joint meeting followed the Walthall board's Aug. 4 vote to sell the county land that the village owns at highways 9 and 50 for the purpose of building a new courthouse in Walthall. The property is on the west side of the intersection.

At last week's meeting, the Board of Supervisors distributed copies of a related contract for the sale and purchase of real property. It was based upon contingencies spelled out in the Walthall

**Deal**, see page 15



**East Webster at home against Houston Friday, Sept. 12th at 7:00 p.m.**

🏈 🏈 🏈 🏈

**Good luck Wolverines!**

## EHS Homecoming upcoming



CHARLOTTE NEWMAN/STAFF

Eupora High School will celebrate Homecoming this Friday with a parade downtown at 10 a.m. and festivities on Wofford Field at 6 p.m. The Eagles will host Ethel at 7 p.m. Homecoming maids are (front) seniors Hannah McDowell, Erica Hawes and Bre Hunter, sixth-grader Ella Harrison, seventh-grader Anna Bailey, freshman Janna Hodges, eighth-grader Katelyn Boatman, junior Callie Turner, (back) sophomore Autumn Willhite, junior Madison Crowell, freshman Delta Claire Newman, sophomore Chloe Vaughan, and seniors Jessica Hill and Kailee Woodard.

# Love resigns as fire chief

From Staff Reports

Richard Love has announced his upcoming resignation as the city of Eupora's fire chief.

He informed the Eupora Board of Aldermen on Sept. 2 that he would be resigning effective Oct. 1, according to City Clerk Gail Newton. The board accepted Love's resignation and tabled appointment of a new chief until Thursday, when the board will meet following a 5 p.m. budget hearing.

In another Fire Department matter, the board approved the addition of three people to the roster of volunteer firefighters: Jimmy and Bekki McLemore, and Casey Skelton.

Ward 1 Alderman Junior Shaw expressed concerns about speeding on Martin Luther King Jr. Drive and Mt.

**Love**, see page 15



Choctaw County, Mathiston, MS
4 Bedroom - 2 Bath
**$85,000**

**FJH
REALTY**
REAL ESTATE
& APPRAISALS

64 Hunt Street
Maben, MS 39750

**662.552.2067**

*Call
FJH Realty
today!*

Find us on Facebook        Jesse Clare Bland



# REP-MS makes change in title

From Press & Staff Reports

The Regional Economic Partnership of Mississippi has undergone a change in its title as it has begun the initial stages of start-up over the past few weeks.

The Regional Economic Partnership will now be known as the Regional Economic Enterprise, after members of the board were advised that they could not use the word "partnership."

"The word partnership cannot be in the name of any entity that applies for a Tax ID number through the secretary of state," said Regional Economic Enterprise President Ron Bennett. "So we had a meeting and got to searching for names, and the word 'Enterprise' just came up."

**REP**, see page 15


BETH HENDRIX
Brand speaks to the crowd.

# EWHS shows off new school

By Russell Hood
The Webster Progress-Times

MABEN — The spirit of cooperation that led to the new facilities at East Webster High School was a common theme throughout its open house program.

Hundreds gathered Sunday afternoon for the school's open house and special time of recognition for all that helped in rebuilding EWHS.

A tornado destroyed much of the Cumberland campus on April 27, 2011. The school was

**New**, see page 14




**ACREAGE!!!**
Charming home on 8 acres, offers income potential.


**FOR LEASE!!!**
Beautiful 3 bedroom/2 bath with spacious and open kitchen/living area, sunroom,... Convenient to all!


**SOLD!!!**
in only
**2 days**
on the market!


**MUST SEE!!!**
3br/2ba with large kitchen/dining area. Will meet no money down req.


**TENHET**
APPRAISALS · REAL ESTATE
Hwy. 82 W. • Mathiston
**662-263-8202**
www.tenhetrealestate.com
**1-800-898-0438**
MLS

## EPD reports

The Eupora Police Department investigated these charges during August:

Speeding, seven; expired tag, one; suspended driver's license, two; seatbelt violation, one; careless driving, one; dog and animal control violation, seven; noise ordinance violation, one; harassment, two; public drunk, one; possession of beer, one; possession of liquor, two; possession of paraphernalia, one;

petit larceny, six (bike from South Allen Street, phone accessories from Southwood Apartments; bike from Adams Avenue, cash from the Depot, bike from Westwood drive and a wallet from an unknown location); malicious mischief, four (wall damage at hospital, mailbox damage on Dunn Street, broken windows on Hodges Drive and car gas line

damage on South Allen Street);

damaged property, one; disturbance of a family, three; contempt of court, one; simple assault, one; burglary of mini-storage, one (tools); burglary of dwelling, three (coin jar/vodka on Posey Street, and TV on Phillips Street); and cyberstalking-harassment, one. The EPD investigated six traffic accidents and made eight misdemeanor

arrests.

**Misdemeanors Arrests**

Ashley Hill: public profanity

Jermaine Hollingshed: contempt warrant

Zack Kelly: possession of paraphernalia

Larry McMillian: possession of alcohol and possession of beer

Terrie Allyson Polk: suspended DL

Lajuan D. Robinson: suspended DL and possession of liquor

Daniel Ray Roush: cyberstalking

Robert Schick: public drunk

**Court Fines**

**Work Program**

Four offenders participated in the Eupora Municipal Court work program in August, working off fine amounts totaling $855.50.

EDITOR'S NOTE: An arrest does not mean the accused is guilty. U.S. citizens are presumed innocent until they are proved guilty in court.

## REP

Continued from page 1

Newly appointed board members met July 10 and set their next meeting for Aug. 21. During that meeting

the board members agreed to hire a consultant to begin the process of hiring an executive director for the

Enterprise. They also discussed the creation of bylaws, and supervisors from Choctaw, Montgomery and

Webster decided to have staggered terms for the board of trustees.

Details regarding the executive director position are listed in an advertisement in this edition of the Progress-Times.

The Regional

Economic Enterprise is a partnership composed of Choctaw, Montgomery and Webster counties, and was established to emphasize, identify and target new business and industrial development, support existing busi-

ness retention and expansion, market the partnership region and provide community education of the economic development process.

The Regional Economic Enterprise will have its next meeting at 5 p.m. Sept. 18.

## Love

Continued from page 1

Vernon Road. The speeders include some people who have been racing, he claimed.

Some residents in the area want a speed bump installed on MLK, said Shaw. Mayor Dan Burchfield pointed out that they would need to sign a petition requesting this.

Police Chief Gregg Hunter said a motorist

who recently hit the retaining wall in front of James "Pop" Woodard's house on MLK was charged with careless driving, and that the Police Department will continue to monitor the speeding situation in that area.

The board voted to accept the resignation of police officer Derek May effective this Friday.

Upon Hunter's recommendation, aldermen voted to hire Bradley Frost to replace May as a full-time certified police officer, with a pay increase after successfully completing a 90-day probationary period.

**Water Department**

The board also voted to hire Guy Barnett for the Water Department,

with a pay increase after successfully completing a 90-day probationary period.

After meeting in executive session to discuss Water Department personnel, the board voted to raise Dwayne Dodd's pay by $3 an hour because he now has Water Department certification. Newton was to research whether or not he could be placed on salary, as called for in the motion.

Aldermen also voted to promote Joel

Williamson to assistant water superintendent, increase his pay by $2.50 an hour and place him on salary.

Additionally, the board directed the city administration to prepare information for the purchase of a new Water Department truck after Oct. 1.

**Tabled Items**

The board tabled these agenda items until Thursday afternoon's recessed meeting:

• a request from Larry Atkins to buy part of the

city-owned northwest corner lot at Veterans Memorial Boulevard and Hall Road. The lot, which was donated to the city, is zoned Residential Zone 1. Atkins owns the house on the adjacent lot.

• Data Systems Management tax program approval.

• sidewalk repairs in front of George Mitchell's house (415 Clark Ave.)

Robert Gibbs (Ward 4) was absent Sept. 2.

## Deal

Continued from page 1

board's motion.

After Stewart and the aldermen reviewed the proposal, both boards agreed to various revisions. Each unanimously approved separate motions agreeing to the guidelines spelled out in the real estate contract as revised. All members of both boards were present except Alderman Glendolyn Crowell, who was unable to attend.

The Board of Supervisors voted last month to request that the Mississippi Development Authority allow the county to use a portion of a 2013 Small Municipalities and Limited Population County Grant to purchase land for the construction of a new courthouse.

The $250,000 grant was awarded the county to reconstruct the courthouse.

"Approximately $25,000 will be needed to purchase land for the new courthouse," the county's subsequent letter to MDA states. "The remaining funds will be used as outlined in the grant application, including site preparation and other costs associated with building the new facility."

**Park plans**

Both boards also discussed demolition of the

remains of the old courthouse on the Walthall square. The village plans to keep the base of the building and convert the site into a park.

The village has grants from the Mississippi Department of Transportation and MDA plus match commitments for courthouse square improvements. Stewart said Walthall will still be able to use the grants as long as the space is made available for public use.

She told supervisors that, according to MDOT, the property needs to be cleaned up by February. Demolition of the building's remains will require a permit from the Mississippi Department of Archives and History because it is a Mississippi Landmark.

**Contract details**

The contract between the village of Walthall and Webster County reads as follows:

1. The county will purchase 6.67 acres of real property at Walthall from the village, at the price of $3,523.24 per acre. The total purchase price is $3,500. Part of the consideration will be the conveyance of the property as listed in paragraph 2 herein.

2. The county will convey to the village of Walthall .67 acres being the present courthouse

site on Carroll Street in Walthall. The consideration is the conveyance to the county of the property as defined in paragraph 1 herein.

3. Webster County will give a check for $23,500 to the village of Walthall at closing.

4. The village will deliver a warranty deed for the 6.67 acres to the county at the closing. The county will deliver a warranty deed to the .67 acres of the present courthouse site to the village once all county work on the demolition and cleanup of the old courthouse site is complete.

5. The 6.67 acres conveyed to Webster County will be a rectangle with 501 feet of frontage on Highway 9 and 580 feet in depth, east and west. The northeast corner will be located at the point where a line extended from the centerline of Highway 50 intersects the west right-of-way line of Highway 9.

6. Webster County agrees that the village of Walthall, our county seat, will be the site of all county services, at least to the extent that the services were located there prior to the courthouse fire (in January 2013).

7. Webster County will provide an access road

into the property which will use the extended centerline of Highway 50 as its centerline. The access road will extend to the western boundary of the county's newly acquired property. The access road will have a 100-foot-wide right-of-way. The northern 50 feet will be upon the property of the village and the village will, when called upon to do so, grant an easement for the construction of the new road. The southern 50 feet of the road will be upon the county's newly acquired property and the county will also provide an appropriate easement.

8. Webster County agrees that the property will primarily be used for the construction of a courthouse but reserves the right to use portions of the newly acquired property for any county purpose.

9. Webster County agrees to properly demolish the remains of the old courthouse and clean up that site within a reasonable period of time. County further agrees to leave select portions of the courthouse to be incorporated into a future park planned by the village. Webster County further agrees to transfer ownership to the village of Walthall once the above-described work is complete.

10. Webster County ratifies its previous com-

mitment to provide in-kind services for work at the site of the old courthouse on the square in Walthall to satisfy the requirements of the pending MDOT grant.

11. Webster County agrees to bear the cost related to the land transaction described herein, including survey, deed, legal services and any other associated costs.

12. Webster County will provide appropriate fire hydrants at the site of the new courthouse construction, if possible and feasible.

**Litigation**

Webster County's insurance claim for the burned courthouse remains unresolved, with litigation pending in federal court over how much its carrier owes the county.

The supervisors met in executive session with representatives of Atlantic Specialty

Insurance to discuss the courthouse litigation on Aug. 26 in Jackson. Meek, Turner, insurance attorney Tina Nicholson and independent public adjuster Scott M. Favre were also present.

Favre, in a telephone conference during the county board's Aug. 29 meeting, said the mediation attempts were unsuccessful. According to discussion at last week's meeting in Walthall, the county has asked the presiding judge for an emergency ruling.

"We want what they owe us," Board of Supervisors President Pat Cummings told Walthall's aldermen.

Supervisors met again Monday and will also meet Friday at the Doss Building, when a budget hearing is set for 9 a.m., and next Monday.



**FREE HEARING TEST**

If you hear but don't understand, see Craig Thompson, Licensed Hearing Aid Specialist of the

**Tupelo Hearing Aid Center**
"35 YEARS EXPERIENCE"

at

**Fred's Pharmacy**
In Eupora
Tuesday, September 16, 2014
Between the hours of 9:00 am and 12:00 Noon.

Craig Thompson

BATTERIES AND SERVICE FOR ALL MAKES AND MODELS.
CALL NOW. PERHAPS WE CAN HELP.
To avoid waiting, call for appointment 1-800-826-0488