**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION**

**ATLANTIC SPECIALTY INSURANCE COMPANY**                   **PLAINTIFF**

**VS.**                   **CIVIL ACTION NO.: 1:14CV23-SA-SAA**
                  **LEAD CASE**

**WEBSTER COUNTY, MISSISSIPPI**                   **DEFENDANT**

CONSOLIDATED WITH

**WEBSTER COUNTY, MISSISSIPPI**                   **PLAINTIFF**

**VS.**                   **CIVIL ACTION NO.: 1:14CV53-SA-DAS**

**ATLANTIC SPECIALTY INSURANCE COMPANY**                   **DEFENDANT**

## ORDER STAYING CASE

On February 10, 2015, this case was stayed in order to allow the parties to have an umpire appointed and try to resolve the matter. The court has spoken with counsel for both parties and has agreed to stay the case until July 30, 2015. The parties have advised that during this period, they will continue to work with the umpire and their appraisers to resolve the case. In the event that the parties are unable to reach a resolution before July 30, 2015, the undersigned will hold a status conference to determine the schedule for proceeding with litigation. The status conference will be set by separate order.

SO ORDERED, this, the 1st day of June, 2015.

                  /s/ S. Allan Alexander
                  UNITED STATES MAGISTRATE JUDGE